| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Perkin, Henry S. | 2. Court or Organization<br><br>Pennsylvania-Eastern District | 3. Date of Report<br><br>04/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>504 Hamilton Street<br>Suite 4401<br>Allentown, PA 18101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Lehigh County Employee Retirement Plan with Lehigh County, Pennsylvania, former employer |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Service Electric Cable T.V., Inc.; Value of cable service for permitting access to investment properties formerly owned. | $1,685.00 |
| 2. | 2015 | County of Lehigh Pension | $35,218.80 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | March 28 & 29, 2015 | Waldorf Astoria Hotel, New York, NY | Annual Dinner | Lodging New York City and transport for the annual dinner honoring the Federal Judiciary; March 28 & 29, 2015 |
| 2. | U.S. Magistrate's Judges Workshop | July 7 - 10, 2015 | Boston, MA | Judicial Conference | Lodging, dinner, conference cost and airfare |
| 3. | Pennsylvania Bar Association Civil Litigation Section | April 18, 2015 | Hershey, PA | Seminar | Loding, dinner and mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Bank (Bank Accounts and CDs) | A | Interest | M | T | | | | | |
| 2. KNBT - Bank Accounts | A | Interest | K | T | | | | | |
| 3. PNC - Bank Accounts & CDs | A | Interest | J | T | | | | | |
| 4. Firstrust Savings Bank - IRA CD | A | Interest | K | T | | | | | |
| 5. American Heritage Federal Credit Union (Bank Accounts and CDs) | B | Interest | M | T | | | | | |
| 6. Synchrony Bank CD | A | Interest | L | T | | | | | |
| 7. Provident Bank | B | Interest | M | T | | | | | |
| 8. IRA #8 | | | | | | | | | |
| 9. -Air Products and Chemicals Common Stock | A | Dividend | J | T | | | | | |
| 10. -Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. -Boeing Company Common Stock | A | Dividend | K | T | | | | | |
| 12. -Consolidated Edison, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 13. -Pepsico, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 14. -Proctor & Gamble Company Common Stock | A | Dividend | J | T | | | | | |
| 15. -Powershares Global Water PT | A | Dividend | J | T | | | | | |
| 16. -Powershares Aero & Defense | A | Dividend | K | T | | | | | |
| 17. -Streettracks Gold Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PrimeVest Financial Serv. (formerly First Southwest)Note 2 | A | Interest | J | T | | | | | |
| 19. -Hartford Inflation Plus C | A | Dividend | J | T | | | | | |
| 20. -VOYA Ser Fd Inc. | A | Dividend | J | T | | | | | |
| 21. -Kraft Foods, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22. -Philip Morris International Common Stock | A | Dividend | J | T | | | | | |
| 23. -PPL Corporation | A | Dividend | K | T | | | | | |
| 24. -Mondelez International Inc. | B | Dividend | J | T | | | | | |
| 25. MassMutual Financial Group 457 Plan | | | | | | | | | |
| 26. -General Fund (Money Market Fund) | A | Dividend | K | T | | | | | |
| 27. Brokerage Account #1 | | | | | | | | | |
| 28. -Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 29. -Orasure Common Stock | A | Dividend | J | T | | | | | |
| 30. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 31. Abercrombie & Fitch Common Stock | A | Dividend | J | T | | | | | |
| 32. Microsft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 33. IBM Corporation Common Stock | A | Dividend | J | T | | | | | |
| 34. Carnival Corporation Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electic Company Common Stock | A | Dividend | J | T | | | | | |
| 36. The Walt Disney Company Common Stock | A | Dividend | K | T | | | | | |
| 37. Merck & Company, Inc. Cmmon Stock | A | Dividend | J | T | | | | | |
| 38. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 39. Xerox Corp. Common Stock | A | Dividend | J | T | | | | | |
| 40. American Bank Inc. Common Stock | A | Dividend | J | T | | | | | |
| 41. American Capital Trust | A | Dividend | J | T | | | | | |
| 42. Vanguard Value Index Fund | B | Dividend | L | T | | | | | |
| 43. Vanguard GNMA Fund Investsors Shares | B | Dividend | K | T | | | | | |
| 44. Vanguard Intermediate Term Tax Exempt Bond Fund | A | Dividend | L | T | | | | | |
| 45. Dodge & Cox Balanced Fund | B | Dividend | M | T | | | | | |
| 46. Harbor International Fund | B | Dividend | L | T | | | | | |
| 47. Lehigh County Agricultural Society Common Stock | | None | J | T | | | | | |
| 48. IRA #1 | | | | | | | | | |
| 49. - Fidelity Asset Manager 50% | D | Dividend | M | T | | | | | |
| 50. IRA #2 | | | | | | | | | |
| 51. - Fidelity Asset Manager 50% | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #3 | | | | | | | | | |
| 53. - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 54. IRA #4 | | | | | | | | | |
| 55. - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 56. IRA #5 | | | | | | | | | |
| 57. - TR Price Midcap Growth Fund | D | Dividend | L | T | | | | | |
| 58. IRA #6 | | | | | | | | | |
| 59. - Vanguard Wellseley Fund | B | Dividend | M | T | | | | | |
| 60. IRA #7 | | | | | | | | | |
| 61. - Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 62. Mass Mutual Life Insurance Whole Life | A | Dividend | K | T | | | | | |
| 63. Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 64. Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 65. Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 66. Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 67. New York Life Insurance Co. Universal Life | B | Interest | K | T | | | | | |
| 68. New York Life Insurance Co. Universal Life | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. United States Savings Bonds | B | Interest | M | T | | | | | |
| 70. Citadel Broadcasting System Common Stock | A | Dividend | J | T | | | | | |
| 71. Express Scripts Holding Company Common Stock | | None | J | T | | | | | |
| 72. Fidelity Charitable Gift Fund | A | Dividend | J | T | | | | | |
| 73. VT Pimco - 457 Plan | A | Dividend | | | Closed | 01/23/15 | J | | |
| 74. Santander Bank | B | Interest | L | T | | | | | |
| 75. IRA #9 | | | | | | | | | |
| 76. -Fidelity Gov't Money Market | A | Interest | J | T | | | | | |
| 77. -Fidelity Low Priced Stock | A | Dividend | K | T | | | | | |
| 78. -Spartan Total Market Index | A | Dividend | K | T | | | | | |
| 79. VOYA Indexed Annuity | A | Interest | K | T | | | | | |
| 80. BB&T Bank | A | Interest | M | T | | | | | |
| 81. Vanguard Tax Managed Balance Fund | A | Dividend | K | T | | | | | |
| 82. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 83. Novartis Common Stock | A | Dividend | J | T | | | | | |
| 84. Talen Industries | | None | J | T | Spinoff (from line 23) | 06/01/15 | J | | |
| 85. VT Western Asset Core Plus | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Perkin, Henry S. | 04/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1 . Line 59: Vanguard 500 Index Fund is now namedVanguard Wellesley.  On the 2014 report this asset was reported as Vanguard 500 Index Fund.

2. Line 73:  This was a 457 Plan for employees of the City of Allentown which was transferred on January 23, 2015 to VT Western Asset Core Plus as shown on line 85.

3. Line 80:  Susquehanna Bank is now BB&T.  This was reported as Susquehanna Bank for the 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry S. Perkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544